

# In the Missouri Court of Appeals
## Eastern District

APRIL 12, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED102777    ALFRED T. ANDERSON, APP V STATE OF MISSOURI, RES

2.    ED102914 STATE OF MISSOURI, RES V G. MEDINA LAUREANO, APP

3.    ED102924 RANDALL WASSON, APP V DEANA WASSON, RES

4.    ED102981 STEPHEN FILLA, APP V STATE OF MISSOURI, RES

5.    ED103236 MICHAEL PEARSON, APP V STATE OF MISSOURI, RES